THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, *v.* ANDREW J. DAVIS, Appellant, Impleaded with Others.

*N. Y. Central & H. R. R. R. Co.* v. *Davis*, 86 Hun, 86, affirmed.
(Argued January 16, 1899; decided January 31, 1899.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered May 1, 1895, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*J. M. Stephens* for appellant.

*Albert H. Harris* for respondent

Judgment affirmed, with costs; no opinion.
All concur.

---

MARGARET O'MALLEY, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*O'Malley* v. *Metropolitan Street R. Co.*, 3 App. Div. 259, affirmed.
(Argued January 17, 1899; decided January 31, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 15, 1896, affirming a judgment in favor of plaintiff entered upon a verdict.

*John T. Little, Jr.*, and *Henry A. Robinson* for appellant.

*Charles J. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.